E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. GALLAGHER and KATHLEEN ANN GALLAGHER, Plaintiff(s), <br><br> v. <br><br> DEPUY ORTHOPAEDICS, INC., a foreign corporation, and WILLIAM FRANCIS Defendant(s). | CASE NO. C-05-4313 JSW <br><br> (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Altom M. Maglio, an active member in good standing of the bar of State of Florida, whose business address and telephone number is Maglio Law Firm 2480 Fruitville Road, Suite 6, Sarasota, FL, 34237, 941-952-5242

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC 1 5 2005

United States District/~~Magistrate~~ Judge