CHARLES F. PREUSS (State Bar No. 45783)
THOMAS W. PULLIAM, JR. (State Bar No. 46322)
MICHELLE A. CHILDERS (State Bar No. 197064)
DRINKER BIDDLE & REATH LLP
50 Fremont, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
DePUY ORTHOPAEDICS, INC. and
WILLIAM FRANCIS GILES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. GALLAGHER and KATHLEEN ANN GALLAGHER,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., a foreign corporation; WILLIAM FRANCIS GILES, an individual; and DOES 1-25,<br><br>Defendants. | Case No. C 05 4313 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION**<br><br>**[ADR Local Rule 2-3]** |

Pursuant to ADR Local Rule 2-3, the parties hereby stipulate to the Court-sponsored mediation program, and request that an Order be entered to mediate this case within 120 days after the date this Order is signed.

**STIPULATED TO and CONSENTED TO BY:**

Dated: April __, 2006                MOORE & BROWNING

                                     /s/
                                     CHARLES A. BROWNING

                                     Attorneys for Plaintiffs,
                                     THOMAS J. GALLAGHER and
                                     KATHLEEN ANN GALLAGHER

Dated: April __, 2006

DRINKER BIDDLE & REATH LLP

/s/
―――――――――――――――――――――
MICHELLE A. CHILDERS

Attorneys for Defendants
DePUY ORTHOPAEDICS, INC. and
WILLIAM FRANCIS GILES

**SO ORDERED**, this ___18th_____ day of ___April_____, 2006.

*Jeffrey S. White*
―――――――――――――――――――――
Judge Jeffrey S. White