IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. GALLAGHER and KATHLEEN ANN GALLAGHER,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC. and WILLIAM FRANCIS GILES,<br><br>Defendants. | No. C 05-04313 JSW<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE** |

On August 10, 2006, the parties filed a Proposed Stipulated Protective Order. Upon review of the proposed order, the Court finds that paragraph 8 of the proposed order regarding the filing of documents with the Court under seal does not comply with the Civil Local Rules. *See* Civ. L. R. 79-5. The Stipulated Protective Order is DENIED without prejudice; upon redrafting the offending section, the parties may submit the order for the Court's approval.

**IT IS SO ORDERED.**

Dated: August 10, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE