UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. GALLAGHER and KATHLEEN ANN GALLAGHER, | Case No. C 05 4313 JCS |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| DEPUY ORTHOPAEDICS, INC., a foreign corporation; WILLIAM FRANCIS GILES, an individual; and DOES 1-25, | |
| Defendants. | |

Plaintiffs, Thomas J. Gallagher and Kathleen Ann Gallagher, and Defendants
Depuy Orthopaedics, Inc. and William Francis Giles, hereby stipulate and agree, through
their respective attorneys of record that the claims of Thomas J. Gallagher and Kathleen
Ann Gallagher be voluntarily dismissed with prejudice pursuant to Fed.R.Civ.Pro.
41(a)(1).  The parties shall each bear their own costs and attorneys' fees.

///

///

///

///

DRINKER BIDDLE & REATH LLP
50 Fremont,  20th Floor
San Francisco, CA  94105

SF1\365336\1

STIPULATION TO DISMISS

CASE NO. C 05 4313 JCS

**STIPULATED TO and CONSENTED TO BY:**

Dated: September __, 2006

MOORE & BROWNING

/s/
CHARLES A. BROWNING
595 Market Street, Suite 1320
San Francisco, CA 94105
Telephone: (415) 956-6500
Facsimile: (415) 591-6580

Attorneys for Plaintiffs,
THOMAS J. GALLAGHER and
KATHLEEN ANN GALLAGHER

Dated: September __, 2006

DRINKER BIDDLE & REATH LLP

/s/
MICHELLE A. CHILDERS
50 Fremont, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
DePUY ORTHOPAEDICS, INC. and
WILLIAM FRANCIS GILES

Considering the above and foregoing, IT IS ORDERED, ADJUDGED AND DECREED that the above numbered and captioned action be and the same is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**SO ORDERED**, this __25th__ day of __September__, 2006.

Judge Jeffrey S. White